P.O. Box 480
Belton, Texas 76513



(254) 933-5160
Fax (254) 933-5176

email: shelley.coston@co.bell.tx.us

## Shelley Coston
*Bell County Clerk*

March 31, 2014

Clerk
Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

**03-15-00137-CV**

RE: Cause No. 74,271    Cause No. ~~03-154-00137-CV~~

Ray Winn vs. Sally Lawson

Dear Sir or Madam:
Concerning the recent request of the Clerk's Record in the above case we are officially requesting an extension of time to process the request. Due to Mr. Winn (Pro Se) needing to do research and his proper request for the Clerk's Records.
We are requesting a 30 day extension to complete this request.  Please advise our office if the extension will be granted or not as soon as possible.

Thank you for your assistance.

Sincerely yours,

SHELLEY COSTON
County Clerk
Bell County, Texas

BY: _____
Deputy Clerk

cc:

Mr. Ray Winn, Pro Se
700 Waco Road, Apt. 2
Belton, Texas 76513

Ms. Sally Lawson, Pro Se
P.O. Box 561
Belton, Texas 76713

P.O. Box 480
Belton, Texas 76513



(254) 933-5160
Fax (254) 933-5176

email: shelley.coston@co.bell.tx.us

## Shelley Coston
*Bell County Clerk*



March 20, 2014

Mr .Ray Winn, Pro Se
700 Waco Road, Apt.2
Belton, Texas 76513

RE: Cause No. 74,271

Style:   Ray Winn vs Sally Lawson

Dear Sir:

Please submit your request of the Designation of Clerk's Record and the Court Reporter Records soon as possible. After we received your Designation of Clerk's Record we will contact you for the fee to prepare the Record.

If you have any other question, please contact me.

Sincerely yours,

SHELLEY COSTON
County Clerk
Bell County, Texas

BY: _____
Deputy Clerk

cc:
     Ms. Sally Lawson
     P.O. Box 561
     Belton, Texas 76513

Court of Appeals
3rd District of Texas
P.O. Box 12547
Austin, Texas 78711-2547